# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| NAKETA WHEELER, FREDERICK WHEELER, | § § § § § |
| Plaintiffs, | § § |
| v. | § § |
| CAPITAL LINK MANAGEMENT, LLC, SAMUEL PICCIONE, DENISA PICCIONE, | § § § § |
| Defendants. | § § |

CIVIL ACTION NO. 5:21-CV-00140-RWS

## ORDER

Pursuant to the Court's order regarding Plaintiff's Notice of Dismissal Without Prejudice (Docket No. 11), the Court hereby orders a Final Judgment. Accordingly, it is

**ORDERED** that the above-titled cause of action is **DISMISSED WITHOUT PREJUDICE**, and each party shall bear its own costs and fees.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED** this 1st day of September, 2022.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE